Mary Kate Sullivan (State Bar No. 180203)
mks@severson.com
Edward R. Buell III (State Bar No. 240494)
erb@severson.com
Daska P. Babcock (State Bar No. 215172)
dpb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JACOB BARR, SHAWN BARR, and ROBERT WARREN,<br><br>     Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>     Defendant. | Case No. 13-cv-2087 JAM CMK PS<br><br>District Court Judge John A. Mendez<br>Magistrate Judge Craig M. Kellison<br><br>[**PROPOSED**] ORDER EXTENDING WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>Action Filed:     October 9, 2013 |

The Court, having reviewed the motion by defendant Wells Fargo Bank, N.A. to extend its time to respond to plaintiffs' complaint in the above-captioned matter of *Jacob Barr, et al. v. Wells Fargo Bank, N.A.* ("Complaint"), and good cause appearing therefore, orders as follows:

Defendant Wells Fargo Bank, N.A.'s deadline to file a pleading in response to plaintiffs' Complaint is extended to November 26, 2013.

Dated:  November 18, 2013

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On November 5, 2013, I served true copies of the following document(s):

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

on the interested parties in this action as follows:

Jacob Barr, Shawna Barr, and Robert Warren          Plaintiffs *in Pro Per*
c/o Terri Mazingo
103 E. Ivy Street
Mt. Shasta, CA  96067-2221

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 5, 2013, at San Francisco, California.

Anna H. Carr