IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BARR, et al., | No. 2:13-CV-2087-JAM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| _____ / | |

Plaintiffs, who are proceeding pro se, bring this civil action for damages and declaratory relief. Pending before the court is plaintiff Robert Warren's motion (Doc. 20) for leave to appear telephonically at the hearing on defendant's motion to dismiss, currently scheduled for January 29, 2014, at 10:00 a.m. Good cause appearing therefor, the request is granted. Arrangements for a telephonic appearance should be made through CourtCall, (888) 882-6878.

IT IS SO ORDERED.

DATED: December 16, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE