IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BARR, et al., | No. 2:13-CV-2087-JAM-CMK |
|     Plaintiffs, | |
|   vs. | ORDER |
| WELLS FARGO BANK, N.A., | |
|     Defendant. | |

      Plaintiffs, who are proceeding pro se, bring this civil action for damages and declaratory relief. Pending before the court are: (1) defendant's motion to dismiss (Doc. 15), currently set for hearing on January 29, 2014, at 10:00 a.m. before the undersigned in Redding, California; (2) plaintiffs' motion to strike (Doc. 28), currently set for hearing on February 12, 2014, at 10:00 a.m., before the undersigned in Redding, California[1]; and (3) plaintiffs' request for a continuance (Doc. 29).

/ / /

/ / /

---

[1] Also set for hearing on February 12, 2014, is the initial scheduling conference for this case.

1

Pursuant to Eastern District of California Local Rule 230(g), the hearings scheduled for January 29, 2014, and February 12, 2014, before the undersigned in Redding, California, are hereby taken off calendar and the matters will be submitted on the record and briefs on file without oral argument. The scheduling conference, also set for February 12, 2014, is vacated pending resolution of the parties' motions. Plaintiffs' motion for a continuance will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendant's motion to dismiss set for January 29, 2014, before the undersigned in Redding, California, is vacated;

2. The hearing set on plaintiffs' motion to strike set for February 12, 2014, before the undersigned in Redding, California, is vacated;

3. The scheduling conference set for February 12, 2014, before the undersigned in Redding, California, is vacated pending resolution of the parties' motions;

4. Plaintiffs' motion for a continuance (Doc. 29) is denied as moot;

5. Plaintiffs may file an opposition to defendant's motion to dismiss within 14 days of the date of this order, and defendant may file a reply within seven days of service of any opposition; and

6. Defendant may file an opposition to plaintiffs' motion to strike within 14 days of the date of this order, and plaintiffs may file a reply within seven days of service of any opposition.

DATED: January 27, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE