**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB BARR, et al., | No. 2:13-CV-2087-JAM-CMK PS |
| Plaintiffs, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

      Plaintiffs, who are proceeding pro se, bring this civil action for damages and declaratory relief. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 15, 2014, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed August 15, 2014, are adopted in
3 | full;
4 | 2. Defendant's unopposed request for judicial notice (Doc. 16) is granted;
5 | 3. Defendant's motion to dismiss (Doc. 15) is granted;
6 | 4. This action is dismissed with prejudice; and
7 | 5. The Clerk of the Court is directed to enter judgment and close this file.

DATED: October 22, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE